# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PATRICK ALFORD, | No. 2:16-CV-1305-GEB-CMK-P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 13, 2017, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis with respect to plaintiff's motion for injunctive relief. The court has not considered the findings and recommendations with respect to dismissal of certain defendants for

1

failure to state a claim because plaintiff has filed amended complaints rendering the Magistrate Judge's analysis in this regard moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 13, 2013, are adopted in full with respect to plaintiff's motion for injunctive relief;

2. Plaintiff's motion for injunctive relief (Doc. 3) is denied; and

3. The matter is referred back to the Magistrate Judge for further proceedings.

Dated: September 28, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge