IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PATRICK ALFORD,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Defendants. | No. 2:16-CV-1305-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On April 26, 2017, plaintiff sought leave to file an amended complaint. See Doc. 16. That motion was denied on June 23, 2017, as unnecessary pursuant to Federal Rule of Civil Procedure 15(a)(1). See Doc. 17 (June 23, 2017, order). Plaintiff filed a first amended complaint as of right on August 7, 2017. Plaintiff then filed a second amended complaint on August 23, 2017. Because plaintiff did not obtain leave of court to further amend his complaint, see Fed. R.

/ / /
/ / /
/ / /
/ / /
/ / /

1

Civ. P. 15(a)(2), the second amended complaint is stricken.  Plaintiff's first amended complaint will be addressed by separate order.

    IT IS SO ORDERED.

Dated: October 24, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE