# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PATRICK ALFORD, | No. 2:16-CV-1305-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SCHUMAKER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (ECF No. 55) to file an opposition to the motion for summary judgement filed by defendants. Good cause appearing therefor, the request is granted. Petitioner shall file a response to defendant's summary judgement motion by September 21, 2020.

IT IS SO ORDERED.

Dated: July 22, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1