**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID PATRICK ALFORD, | No. 2:16-CV-1305-KJM-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SCHUMAKER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 60, for an extension of time to file an opposition to Defendants' motion for summary judgment.  Plaintiff's motion is denied as moot because the Court issued an order on September 24, 2020, providing plaintiff additional time, if necessary, should Defendants decline to engage in alternative dispute resolution.

IT IS SO ORDERED.

Dated:  September 29, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1