IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PATRICK ALFORD,<br><br>Plaintiff,<br><br>v.<br><br>SCHUMAKER, et al.,<br><br>Defendants. | No. 2:16-CV-1305-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 58, for referral of this matter to the Court's alternative dispute resolution program. Defendants have filed a statement declining to participate in alternative dispute resolution at this time. See ECF No. 62. Accordingly, Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: October 16, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1