IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PATRICK ALFORD,<br><br>Plaintiff,<br><br>v.<br><br>SCHUMAKER, et al.,<br><br>Defendants. | No.  2:16-CV-1305-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 68, for an extension of time to file objections to the Court's March 25, 2021, findings and recommendations.  Good cause appearing therefor, Plaintiff's motion is granted.  Plaintiff may file objections within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  April 15, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1