UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PATRICK ALFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>SCHUMACHER, et al.,<br><br>    Defendants. | No. 2:16-cv-01305-KJM-DMC-P<br><br>ORDER APPOINTING LIMITED<br>PURPOSE COUNSEL FOR SETTLEMENT |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The court has found the appointment of counsel for plaintiff is warranted for the limited purpose of representing plaintiff at a settlement conference and referred the case to the administrator of this District's pro bono panel of attorneys, Sujean Park, for the identification of counsel to represent plaintiff at a settlement conference.  (ECF No. 72.)  Alexander L. Nowinski and Allison M. Nye have been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Alexander L. Nowinski and Allison M. Nye are appointed as limited purpose counsel for plaintiff in the above titled matter.  This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

/////

/////

1

2. Alexander L. Nowinski and Allison M. Nye's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

4. The parties are directed to contact Sujean Park to arrange for a settlement conference to be scheduled.

5. The Clerk of the Court is directed to serve a copy of this order upon Alexander L. Nowinski and Allison M. Nye, Kennaday Leavitt PC, 621 Capitol Mall, Suite 2500, Sacramento, CA 95814.

DATED:  October 19, 2021.

CHIEF UNITED STATES DISTRICT JUDGE